**David H. Tollner (SBN 138315)**
**James Sibley (SBN 150833)**
**Sarah Fairchild (SBN 238469)**
**Tollner Law Offices**
1550 The Alameda, Suite 211
San Jose, Ca. 95126
Office Line: (408) 286-3081
Fax: (408) 689-1002
E-mail: dtollner@tollnerlawoffices.com
Attorneys for Plaintiffs

# BEFORE THE U.S. DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Ramos and Ana Garcia, O.R. a minor, by and through his Parents and Guardian at Litem, Jose Ramos and Ana Garcia,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT and individuals Debra Fields, Neil Aratin, Katy Baiely, Jennifer Willis, Mary Anne Pereira, Sharon Spivak, Mae Lin Bishop, J. Dominic Bejarano, Nancy Albarran, and Jackie Zeller, Defendant(s).; and DOES 1-50, inclusive<br><br>Defendants. | Case No.: 5:17-cv-07202 EJD<br><br>**JOINT NOTICE OF SETTLEMENT, STIPULATION TO SET HEARING ON MOTION TO CONFIRM SETTLEMENT AND [~~PROPOSED~~] ORDER**<br><br>Case Management<br>Conference Date: January 31, 2019<br>Time: 10: 00 a.m.<br>Judge: Hon. Edward J. Davila<br>Location: Courtroom 4, 5th Floor<br>Trial Date: None set |

The parties HEREBY STIPULATE AND AGREE to the following:

1. In October, 2018, the parties reached a tentative settlement on the monetary terms of the above action, advised the court of same, and requested the continuance of the then set Case Management Conference to allow for further completion of settlement terms.

2. The parties have now finalized the terms of their settlement, subject to the completion of appropriate addenda relating to a structured settlement for the benefit of the minor plaintiff and approval of Petition for Minor's Compromise.

NOTICE OF SETTLEMENT, STIPULATION TO CONTINUE AND PROPOSED ORDER
Case No.: 5:17-cv-07202

1

3. The parties respectfully request that Case Management Conference date of January 31, 2019 be vacated.

4. The parties have deadlines associated with a structured settlement that require an order no later than February 28, 2019.

5. The parties have been assigned a hearing date of April 4, 2019 at 9:00 a.m. and will file a motion requesting an earlier hearing date in the event that an earlier hearing is possible.

TOLLNER LAW OFFICES

By:
 /s/ David Tollner
      David Tollner

Attorney for Plaintiffs

SAMUELSON, WILSON & ROE

By: /s/Jacquelyn K. Wilson
      Jacquelyn K. Wilson

Attorney for Defendants San Jose Unified School District, Neil Aratin, Katy Bailey, Jennifer Willis, Mary Anne Pereira, Sharon Spivak, Mae Lin Bishop, J. Dominic Bejarano, Nancy Albarran, and Jackie Zeller.

DAVIS AND YOUNG

By: /s/ Mark E. Davis
      Mark E. Davis

Attorney for Defendant Debra Field

# [PROPOSED] ORDER

Pursuant to this Stipulation and good cause appearing, it is ordered that the Case Management Conference be vacated and that the hearing on the motion to approve the settlement of minor O.R.'s claims be set for ~~April 4~~ February 21, 2019 ~~or earlier.~~ at 9:00 a.m.

Dated: January 22, 2019

By: /s/ *[signature]*
Hon. Edward J. Davila
DISTRICT COURT JUDGE